UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
MARTIN HENSON                                                 :
                                                              : **ORDER**
                              Plaintiff,                      :
         -against-                                            : 20 Civ. 2385
                                                              :
OMNICOM GROUP INC.; and EG +                                  :
WORLDWIDE,                                                    :
                                                              :
                              Defendants.                     :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    A suggestion of settlement having been made in the Final Report of the Mediator, *see* ECF No. 12, this case is dismissed. If settlement is not consummated within 30 days of the date of this Order, either party may apply by letter for restoration of the action. All pending court dates are cancelled. The Clerk is directed to close the case.

    SO ORDERED.

Dated:    September 17, 2020
            New York, New York

                                                  ALVIN K. HELLERSTEIN
                                                  United States District Judge